■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH DEWBERRY, Appellant. [628 NYS2d 599] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated March 1, 1993 *(People v Dewberry,* 191 AD2d 453), affirming a judgment of the County Court, Nassau County, rendered December 17, 1990, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is granted to the extent that the appellant is granted leave to serve and file a brief on the issue of the validity of the waiver of his right to appeal; and it is further,

Ordered that pursuant to County Law § 722 the following named attorney is assigned as counsel to prosecute the application: Mark Diamond, Box 307, Ryder Station, Brooklyn, N.Y. 11234, and it is further,

Ordered that assigned counsel shall prosecute the application expeditiously in accordance with this Court's rules (22 NYCRR 670.1 *et seq.)* and written directions. Rosenblatt, J. P., O'Brien, Copertino and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN EPPS, Appellant. [628 NYS2d 599] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Cowhey, J.), rendered June 30, 1994, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.